IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRUCE PACKAGING, INC., and LAUREN MINNITI, individually and on behalf of all others similarly situated, | ) ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| MONTREALIMPORT.COM, a Canadian sole proprietorship, RENE MAJOR, JR., an individual, | ) ) ) ) |
| Defendants. | ) ) |

Case No. 14-cv-8029

Hon. Sara L. Ellis

Magistrate Judge Geraldine Soat Brown

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs hereby dismiss this action without prejudice as to Plaintiffs' individual claims and as to the class claims.

Date: December 23, 2014

Respectfully submitted,

BRUCE PACKAGING, INC., and LAUREN MINNITI, individually and on behalf of all others similarly situated,

By: *s/ Joseph J. Siprut*
   One of the Attorneys for Plaintiff
   And the Proposed Putative Class

Joseph J. Siprut
*jsiprut@siprut.com*
Ismael T. Salam
*isalam@siprut.com*
**SIPRUT PC**
17 North State St.
Suite 1600
Chicago, Illinois 60602
312.236.0000
Fax: 312.241.1260

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that a true and correct copy of the foregoing **Plaintiff's Notice of Voluntary Dismissal** was filed on this 23rd day of December, 2014, via the electronic filing system of the Northern District of Illinois, which will automatically serve all counsel of record.

                                                        *s/ Joseph J. Siprut*

4819-1538-6401, v. 1